JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA BUDDE<br><br>        Plaintiff,<br><br>   v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA<br><br>        Defendants. | Case No. 8:19-CV-01331- JLS-DFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   July 8, 2019<br>ADR Deadline:   April 24, 2020<br>Judge:             Hon. Josephine L. Staton |

In consideration of the stipulation of the parties, and Good Cause appearing therefore, this action is hereby dismissed, with prejudice and in its entirety, each party to bear its own attorney's fees and costs.

**ORDERED** this 14th day of April 2020.

JOSEPHINE L. STATON

**U.S. DISTRICT COURT JUDGE**